UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )       Cause No. 1:09-cr-0078  (M/F)
                                     )
PAUL A. FORD,                        )
                                     )
                    Defendant.       )

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that

Paul A. Ford's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1)

*Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts

the Report and Recommendation as the entry of the Court, and orders a sentence imposed of

imprisonment of six months in the custody of the Attorney General or his designee.  Court

recommends to the Bureau of Prisons that Mr. Ford be designated for confinement in a community

confinement center, specifically, Volunteers of America, in Indianapolis, Indiana.  Upon conclusion

of his confinement, defendant will be subject to the terms and conditions of supervised release

imposed at sentencing.

        SO ORDERED this  06/16/2011


                                            LARRY J. McKINNEY, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Distribution:

James A. Warden,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal